# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

―――――――――

No. 98-21121
Summary Calendar

―――――――――

RICKEY TEZINO,

Plaintiff-Appellant,

VERSUS

METROPOLITAN TRANSIT AUTHORITY,

Defendant-Appellee.

―――――――――

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-245)

―――――――――

August 2, 1999

Before JOLLY, SMITH, and WIENER,
    Circuit Judges.

PER CURIAM:[*]

Rickey Tezino appeals a summary judgment in favor of his former employer, the Metropolitan Transit Authority, in his title VII case alleging race discrimination. In a careful, nineteen-page opinion, the district court thoroughly explained the reasons why there are no disputed issues of material fact and the defendant is entitled to judgment as a matter of law.

Having reviewed the record and the briefs, we agree with the district court. The summary judgment is AFFIRMED, essentially for the reasons given by the district court.

―――――――――

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.